UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMEN BEEMAN, | CASE NO. C21-235 MJP |
| Plaintiff, | ORDER DENYING STIPULATED MOTION |
| v. | |
| ALEJANDRO N. MAYORKAS, | |
| Defendant. | |

This matter comes before the Court on the Parties' Joint Stipulated Motion for Extension of Trial Date and Related Dates. (Dkt. No. 21.) The Court has reviewed the Motion and all supporting materials, and the Court DENIES the Motion without prejudice.

The Parties ask the Court to extend the case schedule and set a new trial date. But the Parties fail to demonstrate any good cause to grant the request. Among other things, the Parties fail to explain why they need more time to conduct discovery, what steps have been taken to date to obtain the discovery sought, what specific additional discovery is sought, the amount of the time needed to obtain the discovery, and the diligence of the parties in litigating this matter to

ORDER DENYING STIPULATED MOTION - 1

1  date. Nor have the parties explained why a new trial date is necessary even if there is additional

2  discovery sought. The Court therefore DENIES the Motion without prejudice. Should the Parties

3  file a renewed motion, they must address the deficiencies noted in this Order and demonstrate

4  good cause not just in name, but in substance.

5        The clerk is ordered to provide copies of this order to all counsel.

6        Dated April 27, 2022.

                                      Marsha J. Pechman
                                      United States Senior District Judge

ORDER DENYING STIPULATED MOTION - 2