1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARMEN BEEMAN,

                        Plaintiff,

        v.

ALEJANDRO N. MAYORKAS,

                        Defendant.

CASE NO. C21-235 MJP

ORDER ON AMENDED
STIPULATED MOTION

        This matter comes before the Court on the Parties' Joint Stipulated Motion for Extension

of Trial Date and Related Dates. (Dkt. No. 23.) The Court has reviewed the Motion and all

supporting materials, and the Court GRANTS the Motion, in part.

        The Parties ask the Court to extend the case schedule and set a new trial date given what

they identify to be additional discovery materials needed. The Court previously rejected this

request, finding an absence of good cause. (Dkt. No. 22.) The Parties now explain that they have

diligently engaged in discovery but are still waiting to schedule three additional depositions and

that doing so may be impossible in advance of the May 20, 2022 discovery deadline. Based on

ORDER ON AMENDED STIPULATED MOTION - 1

1 | this request, the Court hereby GRANTS the Motion in part, and extends the discovery deadline

2 | to June 21, 2022 and extends the dispositive motion deadline to July 21, 2022. The Parties have

3 | otherwise failed to demonstrate good cause for any further extensions.

4 |      The clerk is ordered to provide copies of this order to all counsel.

5 |      Dated April 29, 2022.

6 |

7 | Marsha J. Pechman
United States Senior District Judge