1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT SEATTLE

10  ARMEN BEEMAN,                          CASE NO. 21-235 MJP

11                  Plaintiff,             ORDER DENYING STIPULATED
                                           MOTION
12          v.

13  ALEJANDRO N. MAYORKAS,

14                  Defendant.

15

16      This matter comes before the Court on the Parties' Joint Stipulated Motion for Extension

17  of Trial Date and Related Dates. (Dkt. No. 48.) The Court, having reviewed the Motion and

18  being otherwise fully advised, DENIES the Motion.

19      The Parties ask the Court to extend the case schedule while Defendant's Motion for

20  Summary Judgment is pending before the Court. Defendant filed his Motion for Summary

21  Judgment on July 21, 2022. The issue was fully briefed as of August 12, 2022 and is currently

22  being reviewed by the Court. The Court will rule on the Motion on or before September 12,

23
24

ORDER DENYING STIPULATED MOTION - 1

2022. The Court, in exercising its discretion, finds this timeline is appropriate to continue with the current pretrial deadlines and trial date. The Court therefore DENIES the Parties' Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 26, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING STIPULATED MOTION - 2