UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ARMEN BEEMAN, | CASE NO. C21-235 MJP |
|---|---|
| Plaintiff, | ORDER ON PLAINTIFF'S MOTION TO SEAL |
| v. | |
| ALEJANDRO MAYORKAS, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion to Seal. (Dkt. No. 38.) The Court has considered the following documents in connection with the motion:

- Plaintiff's Motion to Seal. (Dkt. No. 38)
- Plaintiff's Sealed Response to Motion for Summary Judgment. (Dkt. No. 36.)
- Plaintiff's Sealed Exhibits, F, G, I, K, L, and M. (Dkt. Nos. 37-6, 37-13, 37-7, 37-9, 37-10, 37-11.)
- Plaintiff's Second Motion to Seal. (Dkt. No. 42.)
- Defendant's Response to Second Motion to Seal. (Dkt. No. 47.)

ORDER ON PLAINTIFF'S MOTION TO SEAL - 1

Pursuant to a protective order, the Parties seek to seal Plaintiff's Response to Motion for Summary Judgment and Plaintiff's Exhibits F, G, I, K, L, M as they contain identifying information of employees who were subject to discipline by the Customs and Border Patrol.

Having considered the above filings and the relevant record, the Court ORDERS the following:

- The Clerk shall maintain Plaintiff's Response to Motion for Summary Judgment (Dkt. Nos. 36, 39), and Exhibits F, G, I, K, L, and M (Dkt. Nos. 37, 39, and 43) under seal.

To clarify the record, the Court notes that Plaintiff's Redacted version of the Response to Motion for Summary Judgment is available at Attachment 1 to Preacipe re Response to Motion (Dkt. No. 41-1).

The clerk is ordered to provide copies of this order to all counsel.

Dated September 9, 2022.

Marsha J. Pechman
United States Senior District Judge